### 23147. BENTLEY *v.* MORGAN.

MacINTYRE, J. This case is controlled by the decision in *Bentley* v. *Jones,* 48 *Ga. App.* 587. The award of the Department of Industrial Relations is therefore reversed in accordance with that decision.

*Judgment reversed. Broyles, C. J., and Guerry, J., concur.*

DECIDED FEBRUARY 24, 1934.

*Hammond & Kennedy,* for plaintiff in error.
*Hardwick & Peebles,* contra.